# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA
### CIVIL MINUTES

---

**Case Title:** Joshua Allen Fulfer  **Case No.:** 19-13493 - A - 13
                                     **Docket Control No.** TCS-1
                                     **Date:** 10/22/2020
                                     **Time:** 9:30 AM

**Matter:** [43] - Motion/Application to Modify Chapter 13 Plan [TCS-1] Filed by Debtor Joshua Allen Fulfer (msam)

**Judge: Jennifer E. Niemann**
**Courtroom Deputy: Rosalia Estrada**
**Reporter: Electronic Record**
**Department: A**

---

**APPEARANCES for:**
**Movant(s):**
None
**Respondent(s):**
(by phone) Trustee - Michael H. Meyer

---

### CIVIL MINUTES

Motion Denied

The motion was denied. The court will issue an order.