**UNITED STATES BANKRUPTCY COURT**

**EASTERN DISTRICT OF CALIFORNIA**

```
In re                            ) Case No. 19-13493 - A - 13
Joshua Allen Fulfer,             ) Docket Control No. TCS-1
Debtor.                          ) Document No. 43
                                 ) Date: 10/22/2020
                                 ) Time: 9:30 AM
_____) Dept: A
```

**Order**

For the reasons stated on the record,

IT IS ORDERED that the motion to modify plan is DENIED.

Dated: October 22 2020

Honorable Jennifer E. Niemann
United States Bankruptcy Judge

[43] - Motion/Application to Modify Chapter 13 Plan [TCS-1] Filed by Debtor Joshua Allen Fulfer (msam)