Michael H. Meyer, Esq. #82336
Chapter 13 Standing Trustee
Sarah R. Velasco, #255873
Staff Attorney
P.O. Box 28950
Fresno, CA 93729-8950
Telephone (559) 275-9512
Fax (559) 275-9518
E-mail: cvinson@meyer13.com

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE:<br><br>JOSHUA ALLEN FULFER<br>XXX-XX-3152 | CASE NO: 19-13493-A-13F<br><br>**CHAPTER 13**<br><br>**ORDER DISMISSING CASE RE: NOTICE OF DEFAULT AND INTENT TO DISMISS CASE** |

    MICHAEL H. MEYER, Standing Chapter 13 Trustee, properly served a Notice of Default and Intent to Dismiss Case on Debtor(s) pursuant to Local Rule 3015-1(g). Debtor was required to cure the plan default within 30 days of the date the notice was mailed either by bringing the payments current, filing a motion to modify the plan and having it heard and approved, or requesting a hearing on the notice and providing evidence that a default had not occurred within 28 days of the mailing of the default. Based on the Declaration in Support of Order Dismissing Case, and the failure of the Debtor to cure the default

    IT IS HEREBY ORDERED that the case is dismissed pursuant to LBR 3015-1(g).

Dated: December 28, 2020        By the Court

*Jennifer E. Niemann*
Honorable Jennifer E. Niemann
United States Bankruptcy Judge

RECEIVED
December 22, 2020
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0006913579