FORM L161 Order approving Final Report and Account and Discharging Trustee  (v.09.14)

19–13493 – A – 13

# UNITED STATES BANKRUPTCY COURT
## Eastern District of California

**Robert E. Coyle United States Courthouse**
**2500 Tulare Street, Suite 2501**
**Fresno, CA 93721–1318**

(559) 499–5800
www.caeb.uscourts.gov
M–F 9:00 AM – 4:00 PM



## ORDER APPROVING FINAL REPORT AND ACCOUNT AND DISCHARGING TRUSTEE

**Case Number:**   19–13493 – A – 13

Debtor Name(s) and Address(es):

Joshua Allen Fulfer
 434 W. Paul Avenue
Clovis, CA 93612

 The Chapter 13 Trustee has filed a final report and account with the Court and the Office of the United States Trustee, and certified that the estate of the above–named debtor(s) has been fully administered. No objection has been timely filed with the Clerk by the United States Trustee or a party–in–interest, and no hearing concerning the matter has been set. Therefore, pursuant to Federal Rule of Bankruptcy Procedure 5009, there is a presumption that the estate of the above–named debtor(s) has been fully administered.

**IT IS ORDERED**  that the final report and account is approved.

**IT IS FURTHER ORDERED**  that the Chapter 13 Trustee is hereby discharged and relieved of his trust, that his bond is hereby exonerated, and that the surety or sureties thereon are hereby released from further liability thereunder except any liability which may have accrued during the time such bond was in effect.

Dated:
4/7/21

FOR THE COURT

Wayne Blackwelder , CLERK